IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| THOMAS CANAZON, * | |
| Plaintiff, * | |
| vs. * | CASE NO. 3:04-CV-85(CDL) |
| RUN TO WIN FREIGHT LINES, * INC., JULIO L. COLON, and INSURANCE CORPORATION OF * HANNOVER, * | |
| Defendants. * | |

**CONSENT ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff THOMAS CANAZON, by and through his attorney of record, having consented to the Dismissal With Prejudice of the above-styled civil action,

IT IS HEREBY ORDERED that pursuant to F.R.C.P. 41, the above-styled civil action is dismissed with prejudice.

IT IS SO ORDERED, this 12th day of August, 2005.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

1

SO CONSENTED AND STIPULATED TO:

BEGNAUD & MARSHALL

*/s/ Andrew H. Marshall*
_____
Andrew H. Marshall
Georgia Bar No. 471450
250 North Milledge Avenue
PO Box 8085
Athens, GA 30603
706-316-1150                             Attorney for Plaintiff

DREW, ECKL & FARNHAM, LLP

*/s/ Hall F. McKinley, III*
_____
Hall F. McKinley, III
Georgia Bar No. 495512
David Thomas
Georgia Bar No. 704883
880 West Peachtree Street
PO Box 7600
Atlanta, GA 30357
404-885-6320                             Attorneys for Defendants

2

```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

THOMAS CANAZON,                         :
                                        :
        Plaintiff,              :     CIVIL ACTION FILE
                                        :     NO. 3:04-CV-085-CDL
v.                                      :
                                        :
RUN TO WIN FREIGHT LINES, INC.,         :
JULIO L. COLON, and THE INSURANCE       :
CORPORATION OF HANNOVER,                :
                                        :
        Defendants.             :

## CERTIFICATE OF SERVICE

I, Hall F. McKinley, III, hereby certify that a true and correct copy of the above ***Consent Order for Dismissal With Prejudice*** has been served upon the parties by depositing a copy of the same in the United States Postal Service, postage prepaid, addressed to:

>Andrew J. Marshall
>250 North Milledge Avenue
>PO Box 8085
>Athens, GA 30603-8085

This 11th day of August, 2005.

>DREW, ECKL & FARNHAM, LLP
>
>*/s/ Hall F. McKinley, III*
>
>_____
>Hall F. McKinley, III

1399386/1
4821-59054

3

Launch Internet Explorer Browser.lnk